IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHANIE BONNER,

Appellant,

v.

Case No. 5D21-1511
LT Case No. 2019-DR-855

SCOTT LARGEY,

Appellee.

_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Citrus County,
Peter M. Brigham, Judge.

Christian Peralta and A.J. Rohe, III,
of Rohe Law, P.A., Tavares, for
Appellant.

John J. Vasti, of Vasti Law, P.A.,
Tavares, for Appellee.


PER CURIAM.

        AFFIRMED.

EISNAUGLE, SASSO and NARDELLA, JJ., concur.